UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER ENLOE,

    Plaintiff,

v.                                              CASE NO. 4:10-cv-00433-RH-WCS

LLOYD "SKIP" SHIVER, in his official
capacity as SHERIFF, FRANKLIN
COUNTY, FLORIDA, and
STEPHEN MINIAT, individually,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO TAKE DEPOSITIONS OUTSIDE THE DISCOVERY DEADLINE, SET A REASONABLE WITNESS FEE, AND COMPEL THE ATTENDANCE OF A WITNESS FOR DEPOSITION**

Plaintiff, Christopher Enloe ("Plaintiff") files this Unopposed Motion to Take Depositions Outside the Discovery Deadline, Set a Reasonable Witness Fee, and Compel the Attendance of a Witness For Deposition, and would respectfully show the Court the following:

1.    The deadline for the completion of discovery in this case was August 1, 2011. Plaintiff respectfully requests that he be allowed until August 9, 2011 to take the depositions of the following witnesses to be used in lieu of their trial testimony:

    A.    Dr. Mark Abramson

    B.    Dr. Carlos Gama

2.    Dr. Abramson was served and scheduled to be deposed within the discovery deadline. However, Dr. Abramson's office subsequently advised the office of the undersigned that Dr. Abramson would require nine hundred dollars ($900.00) per hour as a witness fee, but that Dr. Abramson was unavailable for the scheduled date regardless of whether said fee would

be paid. Dr. Abramson's office further advised that he would not agree to be deposed absent an agreement to pay said amount per hour. Plaintiff objects to this exorbitant fee, but would gladly pay $200.00 per hour, the same hourly rate charged by Dr. Carmelo Dominguez, another witness in this case.[1] Accordingly, Plaintiff respectfully requests that the Court set a reasonable witness fee.

3. Dr. Gama was also served and scheduled to be deposed within the discovery deadline. However, Dr. Gama's office subsequently advised the office of the undersigned on two separate occasions that, due to a confidentiality agreement Dr. Gama has with the Florida Department of Corrections, he would not agree to be deposed absent a court order compelling him to do so. Accordingly, Plaintiff respectfully requests that this Court compel the attendance of Dr. Gama for the purpose of taking his deposition.

4. This Motion is not filed for the purpose of delay but is filed in good faith based on the representations made above.[2]

5. Plaintiff's counsel has conferred with counsel for both Defendants and they do not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that he be permitted up to and including August 9, 2011 to depose the aforementioned witnesses, and that the Court set a reasonable

---

[1] "Unless manifest injustice would result...the court shall require that the party seeking discovery pay the expert a *reasonable fee* for time spent in responding to discovery...." F.R.Civ.P. Rule (b)(4)(E)(*i*) (emphasis added).

[2] Scheduling in this case has also presented logistical problems due to the fact that there are three attorneys involved: one representing Plaintiff, and one representing each Defendant.

witness fee, and compel the attendance of a witness for deposition, all for the reasons set forth more fully above.

                                              Respectfully submitted,

                                              ***/s/ Sassan Achtchi***
                                              Marie A. Mattox [FBN 83981]
                                              MARIE A. MATTOX, P.A.
                                              310 East Bradford Road
                                              Tallahassee, FL 32303
                                              Telephone: (850) 383-4800
                                              Facsimile: (850) 383-4801

                                              ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF to all counsel of record this 2nd day of August, 2011.

                                              */s/ Sassan Achtchi*
                                              Sassan Achtchi